RECEIVED
BY MAIL

MAY 22 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Alan James
William Marks
vs. Tony Allen Stowell        Plaintiff(s),

Case No. 20-cv-1240 PJS/HB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ☒  NO ☐

Defendant(s).

BOP - FMC Lexington
Warden Francisco Quintana

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff
   Name: Joseph Alan James, William Marks, Tony Allen Stowell
   FMC - Lexington
   Street Address: Federal Medical Center
   P.O. Box 14500
   County, City: Fayette County Lexington, KY 40512
   State & Zip Code
   Telephone Number: 1 859-255-6812

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

BOP - Bureau of Prison
FMC - Lexington
Warden Francisco Quintana

SCANNED
MAY 2 2 2020
WOS
U.S. DISTRICT COURT ST. PAUL

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name  Bureau of Prisons

   Street Address

   County, City

   State & Zip Code  Washington DC

b. Defendant No. 2

   Name  Warden Francisco Quintana

   Street Address  3301 leestown RD

   County, City  Fayette Lexington

   State & Zip Code  Kentucky 40512

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

   a.  ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

   b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☒ Other (Please describe.) I and other Inmates at FMC-Lexington are being neglected and abused, 8th Amendment violations for cruel and unusual punishment, being threatened to be shot when we ask to speak to staff. Cross contamination by staff. No cleaning supplies, no soap or hand sanitizer in Restrooms. Overcrowded cells and shu cells loaded with the sick and dying. Only given tylenol, Inmates being attacked and abused Repeatedly

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

   (Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☐ Yes   Date filed: _____

   b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☐ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. ☐ Failure to hire me

   b. ☐ Termination of my employment

   c. ☐ Failure to promote me

   d. ☐ Failure to accommodate my disability

   e. ☐ Terms and conditions of employment differ from those of similar employees

   f. ☐ Retaliation

   g. ☐ Harassment

   h. ☒ Other conduct (please specify): Staff cross contamination, threatened to be shot by staff with guns, warden delay in testing BoP staff. Delayed actions by warden Quinjawa and not getting staff tested contributed to inmates catching virus and causing inmates deaths when they could be prevented

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

      ☒ Yes  ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. ☐ Race

   b. ☐ Religion

   c. ☐ National origin

4

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☒ Other (please specify): Because I am and Inmate the DOP Feels that my life is worthless

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☐ Yes   ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

Original complaint is enclosed more then 30 People are willing to Testify in federal court before a Jury trial to these allegations that are true and Fact. The motion Recieved by the Courts on may 11th 2020 is are statement to the court

5

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.  I ask For 200 million Dollars 1 million For each Inmate who served time at Fmc-Lexington during the Covid-19 corona virus outbreak at this prison and 50 million for a fund for BoP staff members who have been affected by the corona Covid-19 virus. IF staff members have died I request funds be given to their Family to help support them.

Date: _____      _____
                                 Signature of Plaintiff

Mailing Address    Joseph Alan James
                   #18799-041
                   Fmc-Lexington
                   Federal Medical Center
                   P.O Box 14500
Telephone Number   Lexington, Ky 40512

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.