# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Alan James, William Marks, and Tony Stonell, | Civil No. 20-cv-1240 (PJS/HB |
| Plaintiffs, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Bureau of Prisons, FMC Lexington; and Francisco Quintana, Warden, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

3. The pending motions of Plaintiffs Joseph Alan James, William Marks, and Tony Stonell [Doc. Nos. 2, 3, 6 and 24] are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 17, 2020

PATRICK J. SCHILTZ
United States District Judge